UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:14-cv-61376-BB

PROFESSIONAL LED LIGHTING, LTD.,

        Plaintiff,

vs.

AADYN TECHNOLOGY, LLC,
FRANK GALLAGHER, MARC KAYE,
and WALTER LEFLER,

        Defendants.

_____/

AADYN TECHNOLOGY, LLC, a Delaware
Limited Liability Company; FRANK
GALLAGHER, a New Jersey citizen; MARC
KAYE, a Florida citizen; and WALTER
LEFLER, a New Jersey citizen,

        Plaintiffs,

vs.

PROFESSIONAL LED LIGHTING, LTD., an
Illinois company; PRODUCT
PRODUCTIONS, INC., an Illinois company;
and PHILIP CONTURSI, an Illinois citizen,

        Defendants.

_____/

**AFFIDAVIT OF DARTH M. NEWMAN**

    I, DARTH M. NEWMAN, being duly sworn according to law, depose and hereby state

the following:

    1.    I am an attorney at law and am licensed to practice in the State of New Jersey and

the Commonwealth of Pennsylvania.  I am an associate at the law firm of Archer & Greiner,

**COMPOSITE EXHIBIT "A"**

P.C., counsel for Plaintiffs Aadyn Technology, LLC, Frank Gallagher, Marc Kaye, and Walter Lefler.

2.      I have been licensed to practice law in the State of New Jersey and the Commonwealth of Pennsylvania since 2008.  I also am admitted to practice law in the United States Court of Appeals, Sixth Circuit, and the United States District Court, Eastern District of Pennsylvania and District of New Jersey and have been admitted to practice *Pro Hac Vice* in the United States District Court, Southern District of Florida, Northern District of Ohio and Southern District of New York.

3.      I received my B.A. degree in 2004 from the University of Michigan, with distinction, and my J.D. in 2008 from the University of Pennsylvania Law School.

4.      As lead litigation counsel in the above-captioned matter, I am responsible for all of the work ultimately performed in the case and for overseeing the work of associate attorney Kate A. Sozio, who also worked on this matter.

5.      Ms. Sozio received her B.S. degree in 2006 from Drexel University, magna cum laude and her JD in 2012 from Drexel University School of Law, cum laude.

6.      Ms. Sozio has been licensed to practice law in the State of New Jersey and the Commonwealth of Pennsylvania since 2012 and is admitted to practice law in the United States District Court for the Eastern District of Pennsylvania and the District of New Jersey.

7.      Attached hereto are bills showing the fees and costs in this matter which have been redacted to show only those time and cost entries related to the preparation and filing of Plaintiffs' Motion to Dismiss Professional LED Lighting LTD.'s ("LED") allegations of copyright infringement and this notice of fees.  The bills were also redacted to remove the

**COMPOSITE EXHIBIT "A"**

substance of attorney-client communications. My time is designated by reference to the timekeeper "DMN" notation and Ms. Sozio's time is designated by reference to the timekeeper "KS" notation.

8.      My normal and customary hourly rate is $295.00 per hour, Ms. Sozio's is $220.00 per hour. These are the rates we have billed Plaintiffs for our work on this matter.

9.      I have carefully reviewed all of the billing records in the above-captioned matter for attorney time. In my professional opinion as an experienced attorney in this field, all of the work performed by me and Ms. Sozio was necessary and reasonable in the litigation of this motion.

10.     Time records were kept in this matter meticulously by each attorney, who, upon rendition of a particular service, entered his or her time directly into the computer billing program. The program keeps track of this information and generates monthly reports, which are then transformed into billing statements. The information on the billing statements is double checked by the billing attorney prior to being sent to the client as the final billing statement.

11.     The total of $19,705 in fees shown in the attached redacted bills were reasonably incurred in the preparation of Plaintiffs' Motion to Dismiss.

12.     An additional $737.50 in fees shown in the attached redacted bills were reasonably incurred in the preparation of this Notice of Fees.

13.     Archer & Greiner, P.C. recently changed its time entry and accounting software and the new software has a two day processing lag time. In other words, time entered today and yesterday cannot be printed to a bill until the software processes those entries over the weekend.

3

**COMPOSITE EXHIBIT "A"**

14.     Ms. Sozio worked an additional 3.6 hours ($792.00) and I worked an additional 5.8 hours ($1,711.00) preparing this affidavit and the associated Notice of Fees in the past two days but these time entries, while entered into our computer system, do not appear on the attached redacted bills. We will submit supplemental redacted bills to the Court early next week after these time entries are processed by our new accounting software over the weekend.

15.     I have exercised billing judgment by redacting and not including in the attached bills time which was spent preparing portions of Plaintiffs' Motion to Dismiss which were not related to LED's allegations of copyright infringement. However, some portions of the briefing related to both LED's copyright allegations and other of their allegations and these components of our work were inextricably intertwined. These inextricably intertwined time entries appear in full on the attached time records.

16.     It is worth noting, however, that while Plaintiffs were called upon to address several issues in their Motion to Dismiss briefs, the portion of the briefing that was most complicated and time consuming to prepare was addressed to LED's improper allegations of copyright infringement.

17.     In addition, Richard J. Contant is a shareholder at Archer & Greiner, P.C. and ultimately responsible for the representation of Plaintiffs Aadyn Technology, LLC, Frank Gallagher, Marc Kaye, and Walter Lefler.

18.     Mr. Contant billed Plaintiffs for several hours of time at his usual and customary rate of $450 per hour for work supervising the preparation of Plaintiffs' Motion to Dismiss.

**COMPOSITE EXHIBIT "A"**

19.     However, because Mr. Contant performed a supervisory role and not a lead litigator role with respect to the Motion to Dismiss, all of his time has been redacted and none of it is included in the present notice of fees.

20.     Additionally, one half hour of time billed by Ms. Sozio on February 2, 2015 was not related to the copyright portion of Plaintiffs' Motion to Dismiss and while it appears on the attached bills, this half hour was not included in the amount of total fees Plaintiffs seek.

21.     Finally, costs and expenses in the amount of $194.40 were reasonably incurred in relation to Plaintiffs' Motion to Dismiss and costs of $124.24 were reasonably incurred in relation to this Notice of Fees, as reflected by the attached redacted bills.

Further Affiant Sayeth Naught.

DARTH M. NEWMAN

Sworn and subscribed to
before me on this 27th day
of February  2015

Notary Public
i2234592v1

IRENA E. RISS
Notary Public of New Jersey
My Commission Expires February 24, 2020

5

**COMPOSITE EXHIBIT "A"**

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

AADYN TECHNOLOGY
ATTN: FRANK GALLAGHER
80 RT. 4 EAST, STE. 120
PARAMUS, NJ 07652

Invoice Number:    1619428
Invoice Date:      01/15/15

Matter Number:  GAL146.00801

GALLAGHER, FRANK                                                                    R. J. Contant

Re:    DISPUTE WITH PHIL CONTURSI, PRODUCT PRODUCTIONS INC. & PROFESSIONAL LED
       LIGHTING CO.

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/15/2015 :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 12/16/14 | DMN | Assign research to K. Sozio and outline motion with her; begin converting IL motion to FL motion; email with FL counsel re: same; call with RJ Contant re: all | 0.80 | 236.00 |

TIN #22-2092948

## COMPOSITE EXHIBIT "A"

GAL146.00801    GALLAGHER, FRANK        Invoice Number:  1619428

01/15/15                                                            Page 2

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 12/16/14 | KS | Conferred with Darth Newman regarding procedural history of case and research assignment related to Florida motion to dismiss; researched Florida law on motion to dismiss standard and copyright standing requirements. | 4.70 | 1,034.00 |
| 12/17/14 | KS | Researched FL law regarding copyright standing and motion to dismiss standard. | 1.80 | 396.00 |
| 12/18/14 | DMN | Confer with K. Sozio re: research and motion and email with FL counsel re: judgment; call with IL counsel re: enforcing judgment and follow up email with FL counsel according | 1.00 | 295.00 |
| 12/18/14 | KS | Researched Florida law regarding copyright standing, intracorporate conspiracy doctrine, and gist of the action doctrine; revised brief in support of motion to dismiss; conferred with Darth Newman regarding brief. | 7.90 | 1,738.00 |
| 12/19/14 | DMN | Confer with K. Sozio re: motion to dismiss and research for same; research fraud pleadings in FL | 2.90 | 855.50 |
| 12/21/14 | DMN | Review/revise FL motion to dismiss | 2.10 | 619.50 |
| 12/22/14 | DMN | Review/revise FL motion papers and emails with FL counsel re: same and re: Final Default and email with IL local counsel re: Final Default. | 3.20 | 944.00 |

**COMPOSITE EXHIBIT "A"**

GAL146.00801    GALLAGHER, FRANK                           Invoice Number:  1619428

01/15/15                                                                        Page 3

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 12/23/14 | DMN | Research/revise motion to FL dismiss and communicate with FL counsel re: same | 3.60 | 1,062.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED

| | |
|---|---|
| LEXIS - LEXIS NEXIS: 12/16/14 KAS | 19.93 |
| LEXIS - LEXIS NEXIS: 12/17/14 KAS | 3.62 |
| LEXIS - LEXIS NEXIS: 12/18/14 KAS | 36.10 |
| LEXIS - LEXIS NEXIS: 12/19/14 KAS | 16.33 |
| LEXIS - LEXIS NEXIS: 12/21/14 KAS | 10.88 |
| CURRENT EXPENSES | $86.86 |

## COMPOSITE EXHIBIT "A"

# ARCHER & GREINER

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
ONE CENTENNIAL SQUARE
HADDONFIELD, NEW JERSEY 08033-0968
(856-795-2121)

AADYN TECHNOLOGY
ATTN: FRANK GALLAGHER
80 RT. 4 EAST, STE. 120
PARAMUS, NJ 07652

Invoice Number:   4002228
Invoice Date:        02/20/15

Matter Number: GAL146.00801

GALLAGHER, FRANK                                                                    R. J. Contant

----------------------------------------------------------------------------------------------------

Re:   DISPUTE WITH PHIL CONTURSI, PRODUCT PRODUCTIONS INC. & PROFESSIONAL LED
      LIGHTING CO.

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2015 :

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 01/05/15 | DMN | Emails with local counsel re: Contursi request for additional time to respond | 0.20 | 59.00 |
| 01/14/15 | KS | Conferred with Darth Newman re: reply brief research. | 0.20 | 44.00 |
| 01/14/15 | DMN | Confer with K. Sozio re: research for reply and emails with local counsel re: deadlines for same; email _____ to clients | 0.40 | 118.00 |
| 01/14/15 | DMN | Review/analyze opposition to motion to dismiss FL complaint | 0.40 | 118.00 |
| 01/15/15 | KS | Reviewed Defendant/Counterclaimants' brief in opposition to Aayden's motion to dismiss and response to the Court's order to show cause; researched diversity jurisdiction in 11th circuit regarding LLCs. | 3.30 | 726.00 |

**COMPOSITE EXHIBIT "A"**

GAL146.00801      GALLAGHER, FRANK                          Invoice Number:    4002228

02/20/15                                                                        Page 2

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 01/16/15 | DMN | Review/analyze opposition papers and confer with local counsel and K. Sozio re: same; briefly research service of process rules for IL | 1.80 | 531.00 |
| 01/19/15 | KS | Reviewed cases cited in Defendants' brief; drafted section on intracorporate conspiracy doctrine for inclusion in reply brief; researched and compiled case law on defective service under IL law for inclusion in reply brief. | 5.40 | 1,188.00 |
| 01/26/15 | KS | Drafted portion of reply brief in further support of motion to dismiss (1.6); conferred with Darth Newman on research issues (.2). | 1.80 | 396.00 |
| 01/26/15 | DMN | Confer with K. Sozio re: research for and reply in support of motion to dismiss | 0.50 | 147.50 |
| 01/27/15 | DMN | Confer with FL counsel re: reply briefs and service of process; emails re: same; email to client re:        ; call with M. Kaye re: | 0.90 | 265.50 |
| 01/29/15 | DMN | Confer with RJ Contant briefly re: case status; emails with clients and FL counsel; email with IL counsel; review host of Phil emails from M. Kaye in support of reply in support of motion to dismiss and default; several calls with M. Kaye re: | 1.30 | 383.50 |
| 01/29/15 | KS | Continued research and drafting of reply brief in further support of motion to dismiss and brief in further support of default judgment. | 8.60 | 1,892.00 |

## COMPOSITE EXHIBIT "A"

GAL146.00801      GALLAGHER, FRANK                                    Invoice Number:   4002228

02/20/15                                                                                    Page 3

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| 01/30/15 | DMN | Review/revise reply to motion to dismiss and confer with K. Sozio and client re:        call with RJ Contant | 2.50 | 737.50 |
| 01/30/15 | KS | Conference call with Darth Newman & RJ Contant to discuss filings (.2); continued researching and drafting brief in further support of motion to dismiss and brief in support of entry of default judgment (7.3). | 7.50 | 1,650.00 |
| 01/31/15 | DMN | Research/review/revise reply brief in support of motion to dismiss and order to show cause | 4.50 | 1,327.50 |

FOR COSTS ADVANCED AND EXPENSES INCURRED

|  | |
|--|--|
| PHOTOCOPYING - (34 @ $0.20) | 6.80 |
| LEXIS - LEXISNEXIS RISK DATA MANAGEMENT INC.: 11/07/14 LAS | 32.26 |
| LEXIS - LEXIS NEXIS: 1/15/15 KS | 10.23 |
| LEXIS - LEXIS NEXIS: 1/15/15 KS | 53.69 |
| LEXIS - LEXIS NEXIS: 1/19/15 KS | 2.56 |

CURRENT EXPENSES      $105.54

ARCHER & GREINER P.C.                          TIN #22-2092948                          www.archerlaw.com

## COMPOSITE EXHIBIT "A"

Page 2

Billing Attorney:   1307   R. J. Contant

**ARCHER & GREINER
PREBILL
#16998**

Run Date   02/23/15
16:00:06

| | | | |
|---|---|---|---|
| Client | GAL146 | GALLAGHER, FRANK | Last Date Billed February 20, 2015 |
| Matter | GAL146.00801 | DISPUTE WITH PHIL CONTURSI, PRODUCT PRODUCTIONS INC. & PROFESSIONAL LED LIGHTING CO. | |

| Time ID | Date | Professional Services | Hours Worked | Tkpr No | Timekeeper Name | Time Value | Running Balance |
|---|---|---|---|---|---|---|---|
| 9384647-41 | 02/01/15 | Finished researching/drafting brief in support of entry of final judgment and reply brief in support of motion to dismiss (3.9); conferred with Darth Newman on jurisdictional issues and certifications (.3) | 4.20 | 1012 | K. Sozio | 924.00 | 924 |
| 9384800-41 | 02/02/15 | Researched service of process rules under Florida law (.5); reviewed and edited final reply brief in support of motion to dismiss and final brief in support of motion for final default judgment (2.6). | 3.10 | 1012 | K. Sozio | 682.00 | 2,774 |
| 9384816-41 | 02/02/15 | Review/revise reply briefs and confer with FL counsel re: same; confer with K. Sozio re: same; emails with client re:          ; draft declarations for same | 4.90 | 0892 | D. M. Newman | 1,445.50 | 4,219 |

**COMPOSITE EXHIBIT "A"**

Page 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Billing Attorney:   1307 | R. J. Contant | **ARCHER & GREINER**<br>**PREBILL**<br>**#16998** | | Run Date | 02/27/15<br>16:08:57 | | |

| | | | |
|---|---|---|---|
| Client | GAL146 | GALLAGHER, FRANK | Last Date Billed February 20, 2015 |
| Matter | GAL146.00801 | DISPUTE WITH PHIL CONTURSI,<br>PRODUCT PRODUCTIONS INC. &<br>PROFESSIONAL LED LIGHTING CO. | |

| Time ID | Date | Professional Services | Hours Worked | Tkpr No | Timekeeper Name | Time Value | Running Balance |
|---|---|---|---|---|---|---|---|
| 9405524-41 | 02/24/15 | Confer with FL counsel re: application for fees and review sample notice for same, review bills and time records to calculate applicable fees and review sample notices | 1.30 | 0892 | D. M. Newman | 383.50 | 7,180 |

# COMPOSITE EXHIBIT "A"

Page 4

| Billing Attorney: | 1307 | R. J. Contant | **ARCHER & GREINER**<br>**PREBILL**<br>**#16998** | Run Date | 02/27/15<br>16:08:57 |
| --- | --- | --- | --- | --- | --- |

| Client | GAL146 | GALLAGHER, FRANK | Last Date Billed February 20, 2015 |
| --- | --- | --- | --- |
| Matter | GAL146.00801 | DISPUTE WITH PHIL CONTURSI,<br>PRODUCT PRODUCTIONS INC. &<br>PROFESSIONAL LED LIGHTING CO. | |

| Time ID | Date | Professional Services | Hours Worked | Tkpr No | Timekeeper Name | Time Value | Running Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9408547-41 | 02/25/15 | Prepare affidavit for fee award and review and markup redacted bills for same; emails to FL counsel re: same | 1.20 | 0892 | D. M. Newman | 354.00 | 10,310 |

**DISBURSEMENTS**

**COMPOSITE EXHIBIT "A"**

Page 5

| Billing Attorney: | 1307 | R. J. Contant | **ARCHER & GREINER**<br>**PREBILL**<br>**#16998** | Run Date | 02/27/15<br>16:08:57 |
|---|---|---|---|---|---|

| Client | GAL146 | GALLAGHER, FRANK | Last Date Billed February 20, 2015 |
|---|---|---|---|
| Matter | GAL146.00801 | DISPUTE WITH PHIL CONTURSI,<br>PRODUCT PRODUCTIONS INC. &<br>PROFESSIONAL LED LIGHTING CO. | |

| 3736959 | 02/26/15 | 352010 | 80 | 0892 | VENDOR: LEXIS NEXIS; INVOICE#: CLIENT-FEB15; DATE: 01/31/15 DMN | 12.41 |
|---|---|---|---|---|---|---|
| 3736960 | 02/26/15 | 352010 | 80 | 0892 | VENDOR: LEXIS NEXIS; INVOICE#: CLIENT-FEB15; DATE: 02/02/15 DMN | 2.12 |
| 3736961 | 02/26/15 | 352010 | 80 | 0892 | VENDOR: LEXIS NEXIS; INVOICE#: CLIENT-FEB15; DATE: 02/21/15 DMN | 2.13 |
| 3736962 | 02/26/15 | 352010 | 80 | 1012 | VENDOR: LEXIS NEXIS; INVOICE#: CLIENT-FEB15; DATE: 01/28/15 KAS | 35.28 |
| 3736963 | 02/26/15 | 352010 | 80 | 1012 | VENDOR: LEXIS NEXIS; INVOICE#: CLIENT-FEB15; DATE: 01/29/15 KAS | 16.46 |
| 3736964 | 02/26/15 | 352010 | 80 | 1012 | VENDOR: LEXIS NEXIS; INVOICE#: CLIENT-FEB15; DATE: 02/01/15 KAS | 22.24 |
| 3736965 | 02/26/15 | 352010 | 80 | 1012 | VENDOR: LEXIS NEXIS; INVOICE#: CLIENT-FEB15; DATE: 02/02/15 KAS | 16.16 |
| 3736966 | 02/26/15 | 352010 | 80 | 1012 | VENDOR: LEXIS NEXIS; INVOICE#: CLIENT-FEB15; DATE: 02/20/15 KAS | 17.44 |

**COMPOSITE EXHIBIT "A"**

Page 6

| Billing Attorney: | 1307 | R. J. Contant | **ARCHER & GREINER** | Run Date | 02/27/15 |
|---|---|---|---|---|---|
| | | | **PREBILL** | | 16:08:57 |
| | | | **#16998** | | |

| Client | GAL146 | GALLAGHER, FRANK | Last Date Billed February 20, 2015 |
|---|---|---|---|
| Matter | GAL146.00801 | DISPUTE WITH PHIL CONTURSI, PRODUCT PRODUCTIONS INC. & PROFESSIONAL LED LIGHTING CO. | |

| Disb ID | Date | Check # | Code | Timekeeper | Disbursements | | Task | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Type Total | LEXIS | | | 124.24 |

**COMPOSITE EXHIBIT "A"**

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:14-cv-61376-BB

PROFESSIONAL LED LIGHTING, LTD.,

      Plaintiff,

vs.

AADYN TECHNOLOGY, LLC,
FRANK GALLAGHER, MARC KAYE,
and WALTER LEFLER,

      Defendants.

_____/

AADYN TECHNOLOGY, LLC, a Delaware
Limited Liability Company; FRANK
GALLAGHER, a New Jersey citizen; MARC
KAYE, a Florida citizen; and WALTER
LEFLER, a New Jersey citizen,

      Plaintiffs,

vs.

PROFESSIONAL LED LIGHTING, LTD., an
Illinois company; PRODUCT
PRODUCTIONS, INC., an Illinois company;
and PHILIP CONTURSI, an Illinois citizen,

      Defendants.

_____/

**AFFIDAVIT OF ROBIN I. FRANK**

STATE OF FLORIDA      )
                      ) ss:
COUNTY OF PALM BEACH)

      BEFORE ME, the undersigned authority, on this date personally appeared ROBIN

Page 1 of 3

**COMPOSITE EXHIBIT "A"**

I. FRANK, who, after first being duly sworn deposes and says:

1.   I am a lawyer licensed to practice law in the State of Florida.

2.   I am a partner in the Boca Raton law firm of Shapiro, Blasi & Wasserman, P.A. My practice is predominantly devoted to federal court litigation matters, representing both plaintiffs and defendants, in including commercial and business litigation matters, as well as labor and employment law matters.

3.   I have been licensed to practice law in the State of Florida since 2003. I am admitted to practice law in the United States Court of Appeals, Eleventh Circuit, and the United States District Court, Southern and Middle Districts of Florida.

4.   I received my B.A. degree *summa cum laude* in 2000 from Florida Atlantic University, and my J.D. *magna cum laude* in 2003 from the University of Miami School of Law.

5.   I have been practicing commercial and business litigation, as well as labor and employment law since 2003.

6.   I am a member in good standing of the Florida Bar and Federal Bar and have been recognized as a "top up-and comer" and "rising star" in the South Florida Legal Guide and Florida Super Lawyer's Magazine.

7.   Attached hereto is a ledger of the fees in this matter, highlighted to show those fees reasonably and necessarily incurred on behalf of Plaintiffs/Counterclaim Defendants in connection with their Motion to Dismiss Defendants/Counterclaim Plaintiffs' Complaint.  My time is designated by reference to the timekeeper "RIF" notation.

8.   My normal and customary hourly rate is $325.00 per hour.  Additionally, I

**COMPOSITE EXHIBIT "A"**

believe this hourly rate is appropriately awarded after fee hearings in this district to attorneys with similar levels of expertise and experience.

9.      Time records were kept in this matter meticulously by me.  Upon rendition of a particular service, I entered my time directly into the computer billing program.  The program keeps track of this information and generates monthly reports, which are then transformed into billing statements.  I then double check the information on the billing statements prior to the statement being sent to the client as the final billing statement.

10.     Attached to this Affidavit is a recap of all time entries.  The total amount of fees incurred with regard to the Motion to Dismiss (**$3,510.00**) and with regard to this fee application (**$1,300.00**) were reasonably incurred in this matter, as reflected by the attached recap.

Further Affiant Sayeth Naught.

_____
ROBIN I. FRANK

SWORN TO AND SUBSCRIBED before me on February 27, 2015, by Robin I. Frank who is personally known to me.



_____
NOTARY PUBLIC
STATE OF FLORIDA

LISA WOOD
MY COMMISSION # FF 198545
EXPIRES: March 25, 2019
Bonded Thru Budget Notary Services

MY COMMISSION EXPIRES:

Page 3 of  3

**COMPOSITE EXHIBIT "A"**

Shapiro, Blasi , Wasserman & Gora, P.A.

| Client | Trans Date | Tmkr | Tcode/ Task Code | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|

**Client ID 5284.004 Aadyn Technology**

| 5284.004 | 12/23/2014 | RIF | 1 | 325.00 | 5.00 | 1,625.00 | Revise motion to dismiss and incorporated memorandum of law; E-mails and telephone calls with opposing counsel on same; Legal research in support of motion |
| 5284.004 | 01/13/2015 | RIF | 1 | 325.00 | 0.50 | 162.50 | Receipt and review of Professional LED's response to motion to dismiss |
| 5284.004 | 01/16/2015 | RIF | 1 | 325.00 | 0.30 | 97.50 | Telephone call with D. Newman regarding strategy and analysis for reply brief to motion to dismiss and response to Defendants' response to order to show cause |
| 5284.004 | 02/02/2015 | RIF | 1 | 325.00 | 4.00 | 1,300.00 | Review and revise reply memos to motion to dismiss and to order to show cause; E-mails and telephone call with opposing counsel on same; Finalize declaration of N. Lewis in support of same |
| 5284.004 | 02/18/2015 | RIF | 1 | 325.00 | 1.00 | 325.00 | Receipt and review of order on motion for default final judgment and motion to dismiss; Telephone call with D. Newman on same; E-mail to John Martin on same |

**Total for Client ID 5284.004**  Billable  Aadyn Technology
v. Professional LED Lighting, Ltd.

**GRAND TOTALS**

Billable

## COMPOSITE EXHIBIT "A"

**Total Hours: 10.8**
**Total Fees: $3,510.00**

RIC                                             Thursday 02/26/2015  9:45 al

| | Client | Trans Date | Tmkr | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| **Client ID 5284.004 Aadyn Technology** | | | | | | | |
| | 5284.004 | 02/26/2015 | RIF | 325.00 | 2.00 | 650.00 | Preparation of affidavit of fees; E-mails with D. Newman on same; Review D. Newman's affidavit and billing records; E-mails with fee witness regarding affidavit as to reasonableness of fees |
| | 5284.004 | 02/27/2015 | RIF | 325.00 | 2.00 | 650.00 | Additional preparation of affidavit for fees; E-mails and telephone calls with D. Newman and E. Leibovitch regarding fees; Revise and finalize notice for fees and costs |
| **Total for Client ID 5284.004** | | | Billable | | 4.00 | 1,300.00 | Aadyn Technology v. Professional LED Lighting, Ltd. |

| **GRAND TOTALS** | | | | |
|---|---|---|---|---|
| | Billable | 4.00 | 1,300.00 | |

# COMPOSITE EXHIBIT "A"